**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:04CV110**


| | |
|---|---|
| **SANG U. KIM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **SYNTHRON, INC., and FRANK DALE,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |


**THIS MATTER** is before the Court on the Magistrate Judge's Memorandum and

Recommendation, filed April 19, 2005.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court,

United States Magistrate Judge Dennis L. Howell, was designated to consider pending motions in

the captioned civil action and to submit to this Court recommendations for the disposition of

these motions.

On April 19, 2005, the Magistrate Judge filed a Memorandum and Recommendation in

this case containing proposed findings of fact and conclusions of law in support of a

recommendation regarding Defendant Dale's motion to dismiss.  Counsel for the parties were

advised that any objections to the Magistrate Judge's findings were to be filed in writing within

14 days after service of the Recommendation.  The period within which to file objections expired

on May 6, 2005.  No written objections to the Memorandum and Recommendation have been

filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that Defendant Dale's motion to dismiss be denied.

**IT IS, THEREFORE, ORDERED** that the motion of Defendant Frank Dale to dismiss is hereby **DENIED**.

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge