**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:04CV110**

| | | |
|---|---|---|
| SANG U. KIM, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| SYNTHRON, INC., and FRANK DALE, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the July 2005 term in the Asheville Division.

The Court has under advisement the Defendant Synthron's motion for summary judgment; the Court will not complete its review of this motion in time for the parties to adequately prepare for trial for the July 2005 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's September 2005 term in the Asheville Division.

**Signed: June 9, 2005**

Lacy H. Thornburg
United States District Judge