**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO.  1:04CV110**


| | |
|---|---|
| SANG U. KIM, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| SYNTHRON, INC., and FRANK DALE, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |


**THIS MATTER** is before the Court for dismissal of the action.

On August 11, 2005, the Court granted the Defendant Synthron's motion for summary judgment and dismissed the Plaintiff's claims as to that Defendant.  The Court also directed the Plaintiff file appropriate motions with regard to the remaining Defendant Frank Dale since he has failed to file an answer to the complaint herein.  To date, the Plaintiff has not filed any pleadings in response to the Court's Order and, therefore, the Court deems the Plaintiff has abandoned his claims as to this Defendant.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's remaining claims in this action are hereby **DISMISSED** for lack of prosecution.

**Signed: August 31, 2005**

Lacy H. Thornburg
United States District Judge